## BELDOCK LEVINE & HOFFMAN LLP
### 99 PARK AVENUE, PH/26TH FLOOR
### NEW YORK, N.Y. 10016-1601

CYNTHIA ROLLINGS
JONATHAN MOORE*△
KAREN L. DIPPOLD
JONATHAN K. POLLACK
HENRY A. DLUGACZ
STEPHEN J. BLUMERT◊
MARC A. CANNAN

COUNSEL
BRUCE E. TRAUNER
PETER S. MATORIN
MARJORY D. FIELDS
JOSHUA S. MOSKOVITZ
EMILY JANE GOODMAN
   (JUSTICE, NYS SUPREME COURT, RET.)
FRANK HANDELMAN

TEL: (212) 490-0400
FAX: (212) 277-5880
WEBSITE: blhny.com

MYRON BELDOCK (1929-2016)
LAWRENCE S. LEVINE (1934-2004)
ELLIOT L. HOFFMAN (1929-2016)

ALSO ADMITTED IN:
*CALIFORNIA
△ILLINOIS
◊NEW JERSEY

REF:
970000.02700
WRITER'S DIRECT DIAL:
212-277-5824

**VIA ECF ONLY**                                                                 March 16, 2018

Honorable Frederic Block
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      **Re:**   *Shaul Hanuka v. City of New York, et al.*
              <u>Index No. 16-CV-05231 (FB) (RER)</u>

Your Honor:

      My office represents Mr. Hanuka in the above-referenced action. With defendants' consent, I write to respectfully inform the Court that defendants have agreed to move forward with processing the settlement paperwork executed and docketed at Docket Entry No. 30. Defendants have represented that they will neither require a W9 for the plaintiff nor backup withhold any portion of the settlement amount. For this reason, plaintiff respectfully requests the Court adjourn the briefing schedule set for plaintiff's motion to compel performance *sin die* as the issues raised at the March 2, 2018 pre-motion conference have been resolved.

      Plaintiff thanks the Court for its time and consideration in this matter.

                                                                Respectfully submitted,

                                                                Gillian Cassell-Stiga